UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT
2-18-21
CLERK U S DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 3:21-cr-13-HES-JBT
18 U.S.C. § 922(g)(3)

ADAM AVERY HONEYCUTT

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about February 11, 2021, in the Middle District of Florida, the defendant,

ADAM AVERY HONEYCUTT,

knowing that he was an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, that is, marijuana, did knowingly possess, in and affecting interstate and foreign commerce, a Glock .45 caliber pistol, a Rossi .44 caliber revolver, and a Jennings .22 caliber pistol.

In violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant, ADAM AVERY HONEYCUTT, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to, the following:

    a. a Glock .45 caliber pistol;

    b. a Rossi .44 caliber revolver; and

    c. a Jennings .22 caliber pistol.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
LAURA COFER TAYLOR
Assistant United States Attorney

By: _____
FRANK M. TALBOT
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
2/18/21 Revised

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

ADAM AVERY HONEYCUTT

## INDICTMENT

Violations: 18 U.S.C. § 922(g)(3)

A true bill,

_____
Foreperson

Filed in open court this 18th day of February, 2021.

_____
Clerk

Bail  $_____

GPO 863 525