UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                          No. 3:21-cr-13-HES-JBT

ADAM AVERY HONEYCUTT

## CORRECTED PRELIMINARY ORDER OF FORFEITURE

**THIS ORDER** amends and replaces the prior Order entered on October 5, 2021, reflected in docket entry 37. The Court has reviewed the United States' Unopposed Amended Motion for Entry of a Preliminary Order of Forfeiture (Dkt. 33) as to the following:

  a. a Glock, Inc., model 21, .45 caliber pistol, serial number BCDL221, with two magazines, 14 Winchester .45 caliber rounds of ammunition, and a cardboard box containing 8 50-round boxes of Winchester automatic cartridges;

  b. a Rossi, .44 caliber revolver, serial number AB086352, with speed loader and 17 .44 caliber rounds of ammunition; and

  c. a Jennings model J-22 22LR caliber pistol, serial number 486771, with magazine, 100 rounds of .22 caliber ammunition marked with F on primer, two .22 caliber rounds

(firearms and ammunition).

Being fully advised of the relevant facts, the Court hereby finds that the United States has established the requisite nexus between the firearms and

ammunition and the violations charged in Count One of the Indictment, for which the defendant pleaded guilty, without the benefit of a plea agreement. (Dkt.28). Accordingly, it is hereby

ORDERED, ADJUDGED and DECREED that for good cause shown, the United States' Amended Motion (Dkt. 33), is GRANTED.

It is FURTHER ORDERED that, pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), all right, title and interest of the defendant in the firearms and ammunition is hereby FORFEITED to the United States for disposition according to law.

It is FURTHER ORDERED that this order shall become a final order of forfeiture as to the defendant.

The Court retains jurisdiction to enter any further orders necessary for the forfeiture and disposition of the firearms and ammunition to and to entertain any third-party claims that may be filed in these proceedings.

DONE and ORDERED in chambers in Jacksonville, Florida, this ____ day of _____8A_____ October, 2021.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies To:
Laura Cofer Taylor, Esq.

2

Mai Tran, Esq.
Lisa Call, Esq.

3