UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

VS.                                        CASE NO: 3:21-cr-13-HES-JBT

ADAM AVERY HONEYCUTT

USM Number: 29760-509

| JUDGE: | Harvey E. Schlesinger | COUNSEL FOR GOVERNMENT | Laura Cofer Taylor |
|---|---|---|---|
| DEPUTY CLERK: | Timothy Luksha | COUNSEL FOR DEFENDANT: | Lisa Call |
| COURT REPORTER | Shelli Kozachenko | PRETRIAL/ PROBATION | Joshua Blakley |
| DATE/TIME | October 13, 2021 10:00 a.m. – 10:49 a.m. | Interpreter | |

## MINUTES ON SENTENCING

**SENTENCE IMPOSED as to** Count One of the Indictment.

**IMPRISONMENT:**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **EIGHTEEN (18) MOTNHS.**

*Recommendations to the Bureau of Prisons:*

- Incarceration at Jesup FCI.
- Defendant shall participate in vocational.
- Defendant shall participate in any academic programs he so chooses.

**SUPERVISED RELEASE:**

Upon release from imprisonment, the defendant shall be on supervised release for a term of **ONE (1) YEAR.**

> *Special conditions of supervised release:*
>
> Mandatory drug testing requirements are imposed.
>
> The defendant shall participate in a substance abuse program (outpatient and/or inpatient).
>
> Defendant shall cooperate in the collection of DNA.
>
> The defendant shall submit to a search.

**SPECIAL ASSESSMENT** of $100.00 is due immediately.

**FINE** and cost of imprisonment are waived.

**FORFEITURE** of those assets identified in the Order of Forfeiture (Doc. 38).

Defendant advised of right to appeal.

Defendant remanded to the custody of the United States Marshal.