UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:21-cr-13-HES-JBT

ADAM AVERY HONEYCUTT

## NOTICE OF PUBLICATION

The United States of America advises the Court it posted notice of this forfeiture on an official government internet site (www.forfeiture.gov) for 30 consecutive days, beginning on October 14, 2021. *See* Attachment 1. This meets publication requirements established by Fed. R. Crim. P. 32.2(b)(6)(C) which incorporates Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure.

Dated: November 16, 2021.  Respectfully submitted,

KARIN HOPPMANN
Acting United States Attorney

By:  *s/ Mai Tran*
MAI TRAN
Florida Bar No. 100982
Assistant United States Attorney
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail: mai.tran2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*s/ Mai Tran*
MAI TRAN
Assistant United States Attorney